**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL ALHOFEN and MYSHEL ALHOFEN,

       Plaintiffs,

v.                                       Case No:   6:20-cv-2138-PGB-GJK

WAL-MART STORES EAST, LP,

       Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR ATTORNEY'S FEES (Doc. 41)**
>
> **FILED:**    **June 3, 2022**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

On May 19, 2022, Judge Byron directed the Clerk to enter final judgment in favor of Defendant Wal-Mart Stores East, LP and against Plaintiffs Michael Alhofen and Myshel Alhofen. Doc. 39 at 12. The Clerk entered final judgment the following

day. Doc. 40. On June 21, 2022, Plaintiffs filed an appeal of Judge Byron's summary judgment order and judgment. Doc. 45.

Determination of that appeal, regardless of its outcome, will greatly affect consideration of this fee motion. Any time spent analyzing the fee request at this juncture would be wasted. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees. For these reasons, Wal-Mart's Motion for Entitlement to Attorney's Fees and Costs is denied without prejudice to reassertion after completion of the appellate process.

IT IS SO **ORDERED** in Orlando, Florida on June 29, 2022.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record